**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**PEGGY JANELL CODY**                                              **PLAINTIFF**

**VS.**                                                  **CIVIL ACTION NO. 3:05CV379WA**

**PAN-AMERICAN LIFE INSURANCE
COMPANY; DISTRIBUTION BY DATAGEN,
INC. and STEVEN SUMMERS, d/b/a Summers
Financial**                                           **DEFENDANTS**

## ORDER

This matter came before the court on Defendant Steven C. Summers' Motion to Compel Discovery Responses, which was filed on December 20, 2007, and to which the Plaintiff has not responded. The basis for the Motion is the Plaintiff's complete failure to respond to discovery requests served on her on September 29, 2006. The Motion will be granted, and the Plaintiff ordered to respond to the requests. Future refusal to participate in the discovery process could result in a recommendation that this matter be dismissed.

IT IS, THEREFORE, ORDERED that Defendant Steven C. Summers' Motion to Compel Discovery Responses is hereby **granted**, and the Plaintiff shall respond to the discovery requests at issue on or before February 5, 2007.

IT IS SO ORDERED, this the 19th day of January, 2007.

                                                                     S/Linda R. Anderson
                                                    UNITED STATES MAGISTRATE JUDGE